| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BLAKE, CATHERINE C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, MARYLAND | 3. Date of Report<br><br>05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>7310 U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF DIRECTORS, VICE-PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. CO-TRUSTEE | TRUST #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 9: 38 FINANCIAL DISCLOSURE OFFICE

Blake_Catherine_C

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ███████████ SALARY |
| 2. | 2008 | ███████████ SALARY |
| 3. | 2008 | PHYSICIAN, SELF-EMPLOYED (CONSULTING) |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | FEDERAL JUDGES ASSOCIATION | 05/03/08-05/05/08 | ARLINGTON, VA. | DIRECTORS MEETING | LODGING, MEALS, TRANSPORTATION |
| 3. | FEDERAL JUDGES ASSOCIATION | 12/03/08 | WASHINGTON, DC | DIRECTORS MEETING | TRANSPORTATION |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ███COLLEGE | TUITION, ROOM, BOARD | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Delaware Core Plus Bond Fund A Class | B | Dividend | K | T | | | | | |
| 2. IRA - Delaware Delchester Fund A Class | B | Dividend | J | T | | | | | |
| 3. IRA - T. Rowe Price - Equity Income | A | Dividend | J | T | | | | | |
| 4. IRA - T. Rowe Price - Growth Stock | A | Dividend | J | T | | | | | |
| 5. IRA - T. Rowe Price - New Asia | A | Dividend | J | T | | | | | |
| 6. IRA - T. Rowe Price - New Era | A | Dividend | K | T | | | | | |
| 7. IRA - T. Rowe Price - Science & Technology | | None | J | T | | | | | |
| 8. IRA - T. Rowe Price - Spectrum Income | B | Dividend | K | T | | | | | |
| 9. State of Maryland Deferred Compensation Plan | C | Dividend | L | T | | | | | |
| 10. Wachovia Bank - accounts | A | Interest | L | T | | | | | |
| 11. T. Rowe Price Growth Stock | A | Dividend | K | T | | | | | |
| 12. U.S. Savings Bonds | | None | J | T | | | | | |
| 13. IRA - First Financial Credit Union | A | Dividend | J | T | | | | | |
| 14. Templeton Growth Fund | A | Dividend | J | T | | | | | |
| 15. IRA - Putnam Growth & Income Cl -A | A | Dividend | J | T | | | | | |
| 16. IRA - JP Morgan Funds Growth and Income A | A | Dividend | J | T | | | | | |
| 17. IRA - MetLife | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TSA - MetLife | | None | K | T | | | | | |
| 19. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 20. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 21. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 22. ████████ Ret. Plan & Trust | C | Dividend | M | T | | | | | |
| 23. Maryland College Investment Plan | | None | J | T | | | | | |
| 24. T Rowe Price Md Tax-Free Bond Fund | | None | J | T | | | | | |
| 25. Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 26. --Ferris Baker Watts Reserve Primary Fund | | | | | Sold (part) | 09/18 | K | | |
| 27. --DWS Municipal Trust Managed Municipal Bond Fund Class A | | | | | | | | | |
| 28. --Frederick County Md Edl Rv FCS Mount St Mary's CLG bond | | | | | | | | | |
| 29. --Carroll County Md Rfdg & Cons Public Improvement bond | | | | | | | | | |
| 30. --Maryland Hlth & HEFA Rev SR Fred. Mem. Hosp. bond | | | | | | | | | |
| 31. --AT&T common stock | | | | | | | | | |
| 32. --BB&T Corp common stock | | | | | | | | | |
| 33. --Exxon Mobil Corp. common stock | | | | | | | | | |
| 34. --Grainger WW Inc common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Heinz HJ Co. common stock | | | | | | | | | |
| 36.  --Idearc Inc common stock | | | | | | | | | |
| 37.  --Illinois Tool Works Inc common stock | | | | | | | | | |
| 38.  --JP Morgan Chase & Co common stock | | | | | | | | | |
| 39.  --Johnson & Johnson common stock | | | | | | | | | |
| 40.  --Lilly Eli & Co common stock | | | | | | | | | |
| 41.  --Merck & Co, Inc common stock | | | | | | | | | |
| 42.  --PPG Industries Inc common stock | | | | | | | | | |
| 43.  --3M Co common stock | | | | | | | | | |
| 44.  --Urstadt Biddle Properties Inc Class A | | | | | | | | | |
| 45.  --Verizon Communications Inc common stock | | | | | | | | | |
| 46.  --Federated Treasury Cash Trust | | | | | Buy | 09/23 | K | | |
| 47.  --Frederick Cnty Md B/E Ret. Cmnty Rev. Buckingham's Choice | | | | | Buy | 11/06 | J | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 26 and 46: Over 90% of the shares held in the Reserve Primary Fund were sold and used to buy an equivalent amount in Federated Treasury Cash Trust when the value of the Reserve Primary Fund fell below $1.00 per share. A small percentage remains in the Reserve Primary Fund pending settlement. This transaction was initiated and carried out by the brokerage company (Ferris Baker Watts/ RBC).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544